**MDL 1332**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JAN 24 250

FILED
CLERK'S OFFICE

IN RE:

MICROSOFT CORPORATION                    MDL DOCKET NO. 1332
WINDOWS OPERATING SYSTEMS
ANTITRUST LITIGATION

**RESPONSE OF THE RUBBRIGHT GROUP TO CROSS-MOTION
OF MICROSOFT CORPORATION FOR TRANSFER AND
COORDINATION OR CONSOLIDATION**

**AND**

**JOINDER IN MEMORANDUM OF LAW
FILED BY PLAINTIFF ERIC S. LAZARUS**

**ZELLE, HOFMANN, VOELBEL & GETTE LLP**
Michelle K. Enright
33 South Sixth Street
Suite 4400 - City Center
Minneapolis, MN 55402
(612) 339-2020

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

PLEADING NO. 29

IMAGED JAN 28 '00

OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 JAN 24  A 11: 06

RECEIVED
CLERK'S OFFICE

In response to the motion by defendant Microsoft in the action styled The Rubbright

Group v. Microsoft Corp., Civil Action No. 99-CV-2017 (MJD/JGL), D. Minn., filed December

22, 1999, for pretrial coordination or consolidation under 28 U.S.C. § 1407, respondent The

Rubbright Group ("TRG") states as follows:

      1.     TRG admits the allegations in Paragraph 1 of the motion as pertains to the action

commenced by it, and admits the remaining allegations on information and belief based upon

Schedule A attached to Microsoft's motion.

      2.     TRG admits that it commenced an action against Microsoft in the District Court

of Hennepin County, Minnesota, and that Microsoft removed the action to federal court.  TRG

does not believe the federal court has subject matter jurisdiction and anticipates filing a motion to

remand.  TRG admits the remaining allegations on information and belief based upon Schedule

A attached to Microsoft's motion.

      3.     TRG admits that its Complaint contains allegations against Microsoft.

      4.     TRG admits the allegations in Paragraph 4 only to the extent that certain

complaints filed by indirect purchasers raise common issues of fact; and lacks sufficient

knowledge to admit the allegations as pertains to claims which have, on information and belief,

been filed by direct purchasers.

      5.     TRG admits the allegations of Paragraph 5 only as to claims by purchasers over

which subject matter jurisdiction exits.  TRG denies the allegations relative to claims over which

the federal court has no jurisdiction.

      6.     TRG lacks sufficient information to admit or deny the allegations of Paragraph 6.

7.    TRG has no knowledge regarding Microsoft's expectations is therefore unable to admit or deny the allegations of Paragraph 7.

8.    In response to Paragraph 8, TRG states that it has no knowledge of Microsoft's expectations and so is unable to admit or deny these allegations.

9.    TRG admits the allegations of Paragraph 9 relative to indirect purchaser claims over which the federal court in which those claims are venued has subject matter jurisdiction, and respectfully suggests that those actions should be consolidated in a central, accessible forum such as the Southern District of Illinois.  TRG denies that indirect actions and direct actions should be consolidated in a single action, and denies that indirect actions over which the federal court lacks subject matter jurisdiction, such as that commenced by TRG, should be transferred.

10.    TRG denies the allegations of Paragraph 10.

11.    On information and belief, TRG admits the allegations of Paragraph 11.

12.    TRG has no knowledge of the witnesses and documents on which Microsoft will rely and so is unable to admit or deny the allegations of Paragraph 12.  Further responding, TRG states that documents and witnesses relevant to plaintiffs' claims, including persons not a party to this action, are also located throughout the country.

13.    TRG denies Paragraph 13.

14.    In response to Paragraph 14, TRG states that it has no knowledge of Microsoft's understanding; further responding, TRG denies that the Western District of Washington is less congested than the docket of the Southern District of Illinois.  According to Table C-5 of the U.S. District Court's compilation of Time Intervals from Filing to Disposition of Civil Cases (attached hereto as Exhibit A), during the 12 months ending September 30, 1999, the median

2

duration of civil cases in the Western District of Washington was 9 months, compared to 8 months in the Southern District of Illinois.

15.     In response to Paragraph 15, TRG states that it is not familiar with the judges of the Western District of Washington.  TRG also notes that Microsoft appears to lack any particular information regarding this expertise, as it has not provided any specific details.

16.     In response to Paragraph 16, TRG agrees that a centralized location may be appropriate, and that Illinois is one such location.  TRG denies that the Northern District of Illinois is an appropriate jurisdiction, as it has a large, slow docket, already overburdened with cases.  *See* Exhibit B.  The median time required for trial of civil cases in the Northern District of Illinois was 25 months, compared to 17 months in the Southern District of Illinois. Plaintiff submits that the Southern District of Illinois is the most appropriate court for the direct and indirect cases properly venued in federal court.

17.     TRG admits that Illinois is approximately in the center of the country and Chicago is in the Northern District of Illinois.

18.     Plaintiff is unable to admit or deny paragraph 18, because Microsoft has not provided any substantiation or specificity.

19.     Plaintiff denies paragraph 19.  The Southern District of Illinois is a more appropriate location for this litigation because it is centrally located, served by a major airport and has a relatively light docket.

20.     Plaintiff denies paragraph 20.  The Southern District of Illinois is served by a major airport (St. Louis) which provide ample air service to all parts of the United States and is less congested and less subject to scheduling and weather delays than Chicago.

3

21.     Plaintiff lacks knowledge sufficient to admit or deny paragraph 21.

22.     Plaintiff denies paragraph 22.  Microsoft's conduct injured citizens of Illinois, just as it injured citizens in every other district.

23.     Plaintiff lacks sufficient information to admit or deny paragraph 23.

24.     Plaintiff lacks sufficient information to admit or deny paragraph 24.

25.     Plaintiff denies paragraph 25.

Based upon the foregoing, and for the reasons more fully stated in the Memorandum of Law in Opposition to Microsoft's Cross-Motion for Transfer and Coordination or Consolidation Pursuant to 28 U.S.C. § 1407 filed by Plaintiff Eric S. Lazarus, in which TRG joins, plaintiff asks that cases over which the federal court may properly exercise jurisdiction be transferred to the Southern District of Illinois and that the Panel decline to transfer those actions in which remand is sought.

Dated: January 21, 2000.

ZELLE, HOFMANN, VOELBEL & GETTE LLP

Michelle K. Enright
33 South Sixth Street
Suite 4400 - City Center
Minneapolis, MN 55402
(612) 339-2020

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

215284.1

4

EXHIBIT A

TABLE C-8. U.S. DISTRICT COURTS
TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
(EXCLUDES: LAND CONDEMNATION, PRISONER PETITIONS, AND DEPORTATION REVIEWS
INTERVALS SHOWN ARE FOR THE MEDIAN TIME AND FOR THE RANGE OF THE MIDDLE 80 PERCENT OF THE CASES.)
DURING THE TWELVE MONTH PERIOD ENDED SEP. 30, 1999

| | TOTAL CASES (TIME INTERVALS IN MONTHS) | | | | NO COURT ACTION (TIME INTERVALS IN MONTHS) | | | | BEFORE PRETRIAL (TIME INTERVALS IN MONTHS) | | | | DURING OR AFTER PRETRIAL (TIME INTERVALS IN MONTHS) | | | | TRIAL (TIME INTERVALS IN MONTHS) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT AND DISTRICT | NUMBER OF CASES | 10 PCT LESS THAN | MEDIAN | 10 PCT MORE THAN | NUMBER OF CASES | 10 PCT LESS THAN | MEDIAN | 10 PCT MORE THAN | NUMBER OF CASES | 10 PCT LESS THAN | MEDIAN | 10 PCT MORE THAN | NUMBER OF CASES | 10 PCT LESS THAN | MEDIAN | 10 PCT MORE THAN | NUMBER OF CASES | 10 PCT LESS THAN | MEDIAN | 10 PCT MORE THAN |
| TOTAL... | 215,257 | 2 | 9 | 35 | 40,327 | 1 | 6 | 13 | 146,644 | 2 | 9 | 16 | 20,796 | 5 | 14 | 32 | 5,530 | 8 | 19 | 40 |
| DC..... | 2,547 | 1 | 7 | 24 | 569 | 1 | 10 | 14 | 1,843 | 1 | 6 | 24 | 87 | 4 | 15 | 34 | 48 | 11 | 21 | 46 |
| 1ST... | 6,262 | 2 | 9 | 29 | 1,500 | 1 | 5 | 13 | 3,349 | 2 | 8 | 30 | 1,930 | 6 | 13 | 32 | 143 | 8 | 20 | 44 |
| ME..... | 596 | 1 | 6 | 13 | 335 | 1 | 4 | 10 | 241 | 1 | 4 | 10 | 89 | 7 | 9 | 15 | 29 | 8 | 12 | 18 |
| MA..... | 3,115 | 2 | 9 | 30 | 981 | 1 | 6 | 22 | 1,653 | 2 | 9 | 33 | 396 | 5 | 16 | 37 | 85 | 8 | 23 | 43 |
| NH..... | 555 | 1 | 10 | 24 | 54 | 1 | 2 | 6 | 212 | 1 | 4 | 14 | 274 | 7 | 15 | 29 | 15 | 14 | 20 | 37 |
| RI..... | 524 | 2 | 10 | 25 | 158 | 1 | 4 | 13 | 222 | 3 | 8 | 25 | 219 | 6 | 14 | 20 | 20 | 6 | 15 | 30 |
| PR..... | 1,272 | 3 | 11 | 34 | 72 | 3 | 4 | 26 | 1,219 | 3 | 11 | 33 | 52 | 11 | 13 | 42 | 29 | 9 | 26 | 52 |
| 2ND... | 21,213 | 2 | 9 | 33 | 4,407 | 2 | 9 | 32 | 12,792 | 2 | 7 | 28 | 3,435 | 6 | 16 | 47 | 579 | 10 | 26 | 54 |
| CT..... | 2,423 | 2 | 12 | 37 | 1,562 | 2 | 11 | 37 | 735 | 3 | 12 | 33 | 32 | 8 | 25 | 55 | 94 | 14 | 30 | 53 |
| NY,N.. | 1,369 | 3 | 13 | 37 | 252 | 1 | 7 | 28 | 683 | 2 | 10 | 29 | 299 | 8 | 20 | 48 | 45 | 14 | 33 | 70 |
| NY,E.. | 7,076 | 2 | 9 | 30 | 737 | 2 | 6 | 20 | 5,052 | 2 | 3 | 26 | 1,157 | 6 | 18 | 38 | 124 | 14 | 30 | 55 |
| NY,S.. | 8,801 | 2 | 9 | 33 | 1,735 | 3 | 10 | 32 | 5,053 | 1 | 5 | 27 | 1,739 | 5 | 16 | 41 | 278 | 8 | 21 | 51 |
| NY,W.. | 1,134 | 2 | 17 | 37 | 64 | 1 | 4 | 14 | 934 | 3 | 12 | 35 | 106 | 5 | 17 | 40 | 30 | 14 | 31 | 51 |
| VT..... | 426 | 2 | 9 | 22 | 57 | 1 | 5 | 16 | 335 | 2 | 8 | 21 | 12 | 11 | 22 | 37 | 22 | 8 | 15 | 33 |
| 3RD... | 17,044 | 1 | 8 | 26 | 2,530 | 1 | 5 | 16 | 11,560 | 1 | 7 | 25 | 2,415 | 5 | 14 | 31 | 539 | 8 | 20 | 40 |
| DE..... | 530 | 2 | 10 | 29 | 64 | 2 | 6 | 19 | 420 | 2 | 10 | 25 | 15 | 11 | 24 | 48 | 31 | 4 | 21 | 45 |
| NJ..... | 5,471 | 1 | 7 | 24 | 705 | 1 | 4 | 11 | 2,878 | 1 | 5 | 18 | 1,726 | 5 | 13 | 30 | 152 | 9 | 23 | 47 |
| PA,E.. | 6,961 | 1 | 8 | 26 | 830 | 1 | 5 | 12 | 5,537 | 1 | 8 | 27 | 412 | 5 | 12 | 25 | 182 | 7 | 24 | 28 |
| PA,M.. | 1,434 | 1 | 7 | 21 | 143 | 1 | 4 | 16 | 1,180 | 1 | 7 | 19 | 63 | 7 | 16 | 31 | 72 | 8 | 19 | 33 |
| PA,W.. | 2,315 | 2 | 9 | 27 | 750 | 1 | 8 | 22 | 1,300 | 1 | 8 | 21 | 166 | 12 | 22 | 38 | 99 | 10 | 26 | 47 |
| VI..... | 333 | 1 | 12 | 32 | 38 | 8 | 18 | 37 | 275 | 1 | 10 | 29 | 17 | 8 | 17 | 25 | 3 | - | - | - |
| 4TH... | 15,240 | 2 | 7 | 18 | 3,756 | 1 | 4 | 15 | 9,296 | 2 | 7 | 18 | 1,699 | 4 | 11 | 23 | 487 | 7 | 14 | 30 |
| MD..... | 3,355 | 1 | 7 | 21 | 629 | 3 | 9 | 25 | 2,305 | 1 | 5 | 15 | 327 | 7 | 14 | 33 | 94 | 10 | 19 | 33 |
| NC,E.. | 933 | 2 | 8 | 19 | 243 | 1 | 6 | 14 | 653 | 2 | 8 | 19 | 10 | 4 | 15 | 25 | 27 | 12 | 20 | 30 |
| NC,M.. | 704 | 2 | 9 | 20 | 305 | 1 | 8 | 19 | 253 | 2 | 8 | 21 | 137 | 7 | 12 | 21 | 9 | - | - | - |
| NC,W.. | 813 | 2 | 9 | 24 | 174 | 2 | 6 | 18 | 524 | 2 | 9 | 24 | 87 | 7 | 13 | 27 | 28 | 9 | 19 | 27 |
| SC..... | 3,087 | 2 | 8 | 19 | 903 | 2 | 5 | 14 | 1,401 | 2 | 7 | 19 | 675 | 4 | 12 | 21 | 108 | 8 | 15 | 32 |
| VA,E.. | 3,480 | 1 | 4 | 10 | 1,137 | 1 | 2 | 4 | 1,821 | 1 | 5 | 10 | 371 | 4 | 7 | 13 | 151 | 7 | 9 | 14 |
| VA,W.. | 1,232 | 3 | 9 | 20 | 280 | 2 | 7 | 19 | 533 | 3 | 9 | 19 | 75 | 3 | 14 | 37 | | | | |

TABLE C-5, U.S. DISTRICT COURTS
TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
(EXCLUDES: LAND CONDEMNATION, PRISONER PETITIONS, AND DEPORTATION REVIEWS
INTERVALS SHOWN ARE FOR THE MEDIAN TIME AND FOR THE RANGE OF THE MIDDLE-80 PERCENT OF THE CASES.)
DURING THE TWELVE MONTH PERIOD ENDED SEP. 30, 1999

| CIRCUIT AND DISTRICT | TOTAL CASES | | | | NO COURT ACTION | | | | COURT ACTION BEFORE PRETRIAL | | | | COURT ACTION DURING OR AFTER PRETRIAL | | | | TRIAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN |
| WV,N.... | 502 | 2 | 10 | 25 | 26 | 1 | 4 | 7 | 462 | 2 | 10 | 21 | 2 | . | . | . | 12 | 16 | 20 | 30 |
| WV,S.... | 1,134 | 2 | 10 | 17 | 41 | 1 | 4 | 17 | 1,044 | 2 | 10 | 17 | 15 | 9 | 11. | 22 | 14 | 9 | 14 | 20 |
| 5TH... | 23,055 | 2 | 7 | 21 | 3,256 | 1 | 6 | 18 | 17,355 | 2 | 6 | 29 | 1,821 | 9 | 13 | 25 | 709 | 9 | 17 | 35 |
| LA,E... | 3,422 | 2 | 9 | 21 | 90 | 1 | 2 | 5 | 3,175 | 2 | 6 | 16 | 890 | 7 | 13 | 26 | 167 | 10 | 19 | 39 |
| LA,M... | 693 | 2 | 7 | 26 | 30 | 1 | 4 | 11 | 652 | 2 | 7 | 24 | - | - | - | - | 31 | 7 | 20 | 48 |
| LA,W... | 1,790 | 2 | 10 | 22 | 343 | 3 | 7 | 18 | 1,382 | 3 | 9 | 21 | 70 | 11 | 16 | 26 | 31 | 9 | 20 | 32 |
| MS,N... | 784 | 3 | 16 | 22 | 128 | 3 | 9 | 16 | 361 | 2 | 5 | 13 | 227 | 5 | 11 | 26 | 75 | 9 | 20 | 32 |
| MS,S... | 1,717 | 2 | 10 | 22 | 842 | 2 | 8 | 20 | 778 | 3 | 10 | 25 | 28 | 11 | 25 | 23 | 69 | 11 | 17 | 28 |
| TX,N... | 3,420 | 1 | 7 | 13 | 7 | - | - | - | 1,315 | 1 | 6 | 15 | 16 | 7 | 16 | 31 | 51 | 10 | 17 | 37 |
| TX,E... | 3,915 | 5 | 5 | 27 | 149 | 3 | 11 | 31 | 3,538 | 5 | 6 | 28 | 372 | 6 | 11 | 21 | 57 | 7 | 14 | 25 |
| TX,S... | 5,172 | 2 | 6 | 20 | 643 | 3 | 5 | 16 | 4,027 | 2 | 5 | 19 | 379 | 3 | 10 | 23 | 112 | 11 | 21 | 40 |
| TX,W... | 2,141 | 1 | 7 | 17 | 924 | 1 | 4 | 15 | 1,090 | 1 | 7 | 17 | 48 | 3 | 13 | 24 | 75 | 5 | 14 | 28 |
| 6TH... | 21,430 | 2 | 7 | 22 | 4,697 | 1 | 4 | 14 | 12,926 | 2 | 7 | 19 | 2,115 | 6 | 15 | 37 | 494 | 9 | 20 | 39 |
| KY,E... | 1,882 | 2 | 10 | 19 | 117 | 1 | 8 | 22 | 1,417 | 2 | 10 | 16 | 84 | 11 | 20 | 37 | 64 | 7 | 16 | 38 |
| KY,W... | 1,163 | 2 | 9 | 24 | 81 | 1 | 5 | 19 | 834 | 2 | 8 | 21 | 233 | 5 | 13 | 29 | 34 | 10 | 18 | 37 |
| MI,E... | 5,444 | 1 | 5 | 17 | 3,119 | 1 | 3 | 9 | 1,082 | 2 | 7 | 16 | 1,170 | 6 | 12 | 25 | 73 | 11 | 21 | 41 |
| MI,W... | 1,096 | 2 | 7 | 18 | 90 | 1 | 2 | 5 | 946 | 2 | 6 | 18 | 32 | 10 | 17 | 31 | 18 | 11 | 16 | 25 |
| OH,N... | 5,235 | 2 | 4 | 17 | 574 | 1 | 6 | 17 | 4,205 | 2 | 4 | 16 | 275 | 5 | 23 | 28 | 81 | 8 | 18 | 40 |
| OH,S... | 2,832 | 2 | 12 | 28 | 145 | 1 | 4 | 17 | 1,528 | 2 | 11 | 28 | 900 | 7 | 21 | 44 | 59 | 14 | 22 | 38 |
| TN,E... | 1,574 | 3 | 11 | 20 | 205 | 1 | 8 | 25 | 763 | 2 | 8 | 18 | 540 | 7 | 15 | 35 | 66 | 6 | 16 | 36 |
| TN,M... | 1,087 | 2 | 9 | 28 | 53 | 2 | 7 | 23 | 976 | 2 | 8 | 25 | 6 | - | - | - | 52 | 10 | 24 | 41 |
| TN,S... | 1,118 | 1 | 9 | 22 | 113 | 1 | 11 | 20 | 953 | 1 | 8 | 21 | 5 | - | - | - | 67 | 11 | 20 | 31 |

### TABLE C-5. U.S. DISTRICT COURTS
TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
(EXCLUDES: LAND CONDEMNATION, PRISONER PETITIONS, AND DEPORTATION REVIEWS
INTERVALS SHOWN ARE FOR THE MEDIAN TIME AND FOR THE RANGE OF THE MIDDLE 80 PERCENT OF THE CASES.)
DURING THE TWELVE-MONTH PERIOD ENDED SEP. 30, 1999

| | TOTAL CASES | | | | NO COURT ACTION | | | | COURT ACTION — BEFORE PRETRIAL | | | | COURT ACTION — DURING OR AFTER PRETRIAL | | | | TRIAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT AND DISTRICT | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN | NUMBER OF CASES | 10 PER-CENT LESS THAN | ME-DIAN | 10 PER-CENT MORE THAN |
| 7TH... | 15,632 | 2 | 7 | 25 | 1,715 | 1 | 6 | 22 | 10,313 | 1 | 6 | 23 | 2,161 | 4 | 12 | 29 | 423 | 5 | 21 | 44 |
| IL,N... | 8,429 | 1 | 5 | 24 | 1,540 | 2 | 6 | 22 | 5,831 | 1 | 5 | 22 | 887 | 3 | 11 | 33 | 171 | 7 | 25 | 55 |
| IL,C... | 990 | 2 | 9 | 29 | 272 | 2 | 9 | 50 | 547 | 2 | 7 | 24 | 24 | 3 | 20 | 33 | 47 | 8 | 27 | 44 |
| IL,S... | 348 | 3 | 8 | 21 | 37 | 2 | 6 | 15 | 747 | 2 | 7 | 19 | 67 | 8 | 15 | 26 | 57 | 10 | 17 | 26 |
| IN,N... | 1,731 | 2 | 8 | 25 | 86 | 1 | 3 | 12 | 993 | 2 | 7 | 25 | 612 | 4 | 11 | 26 | 41 | 12 | 22 | 40 |
| IN,S... | 1,967 | 2 | 10 | 25 | 236 | 2 | 7 | 22 | 1,375 | 2 | 9 | 23 | 332 | 8 | 15 | 30 | 44 | 14 | 19 | 31 |
| WI,E... | 1,090 | 1 | 6 | 23 | 412 | 1 | 5 | 18 | 625 | 2 | 9 | 22 | 21 | 7 | 25 | 29 | 32 | 12 | 19 | 30 |
| WI,W... | 577 | 1 | 5 | 11 | 73 | 1 | 2 | 3 | 229 | 1 | 3 | 9 | 230 | 4 | 7 | 11 | 31 | 5 | 10 | 15 |
| 8TH... | 11,092 | 2 | 10 | 22 | 1,876 | 1 | 6 | 19 | 7,422 | 3 | 9 | 21 | 1,279 | 6 | 15 | 26 | 515 | 8 | 19 | 31 |
| AR,E... | 1,593 | 3 | 12 | 23 | 302 | 3 | 11 | 22 | 1,200 | 1 | 12 | 24 | 3 | - | - | - | 98 | 10 | 17 | 24 |
| AR,W... | 935 | 2 | 8 | 18 | 9 | - | - | - | 885 | 1 | 8 | 17 | 4 | - | - | - | 37 | 7 | 11 | 20 |
| IA,N... | 515 | 1 | 11 | 28 | 22 | 1 | 2 | 5 | 454 | 1 | 11 | 27 | 4 | - | - | - | 35 | 1 | 17 | 36 |
| IA,S... | 722 | 2 | 10 | 24 | 72 | 1 | 4 | 14 | 382 | 1 | 7 | 18 | 266 | 3 | 16 | 26 | 22 | 16 | 24 | 35 |
| MN.... | 2,209 | 2 | 9 | 23 | 516 | 1 | 3 | 9 | 788 | 2 | 8 | 20 | 849 | 5 | 14 | 24 | 95 | 10 | 22 | 32 |
| MO,E... | 2,015 | 2 | 9 | 20 | 407 | 2 | 9 | 20 | 1,500 | 2 | 9 | 20 | 14 | 7 | 14 | 32 | 95 | 11 | 18 | 32 |
| MO,W... | 1,701 | 3 | 11 | 21 | 304 | 3 | 11 | 21 | 1,339 | 3 | 11 | 21 | 8 | - | - | - | 53 | 4 | 17 | 23 |
| NE.... | 823 | 1 | 10 | 21 | 70 | 1 | 1 | 4 | 608 | 2 | 8 | 19 | 48 | 11 | 17 | 26 | 87 | 6 | 19 | 21 |
| ND.... | 285 | 2 | 8 | 20 | 88 | 3 | 4 | 18 | 172 | 1 | 9 | 19 | 13 | 10 | 17 | 27 | 12 | 2 | 16 | 41 |
| SD.... | 293 | 2 | 12 | 28 | 86 | 1 | 8 | 22 | 144 | 2 | 10 | 26 | 35 | 16 | 20 | 21 | 26 | 8 | 21 | 38 |
| 9TH... | 29,360 | 2 | 8 | 21 | 8,749 | 2 | 6 | 20 | 19,627 | 1 | 8 | 23 | 354 | 8 | 17 | 35 | 630 | 10 | 22 | 47 |
| AK.... | 466 | 1 | 6 | 26 | 19 | 1 | 2 | 9 | 437 | 1 | 7 | 26 | - | - | - | - | 10 | 1 | 33 | 43 |
| AZ.... | 2,984 | 2 | 10 | 31 | 474 | 2 | 7 | 29 | 1,550 | 2 | 11 | 30 | 12 | 21 | 25 | 56 | 48 | 13 | 27 | 40 |
| CA,N... | 5,225 | 2 | 6 | 23 | 2,964 | 2 | 4 | 18 | 2,225 | 2 | 8 | 24 | 27 | 15 | 22 | 35 | 189 | 11 | 26 | 79 |
| CA,E... | 1,978 | 2 | 10 | 27 | 585 | 2 | 8 | 22 | 1,361 | 2 | 10 | 28 | 4 | - | - | - | 48 | 16 | 28 | 60 |
| CA,C... | 9,152 | 1 | 7 | 19 | 3,219 | 2 | 7 | 19 | 5,749 | 1 | 7 | 18 | 52 | 11 | 20 | 41 | 131 | 6 | 21 | 49 |
| CA,S... | 2,084 | 1 | 6 | 21 | 210 | 1 | 1 | 5 | 1,842 | 1 | 7 | 21 | - | - | - | - | 33 | 11 | 21 | 37 |
| HI.... | 1,042 | 3 | 12 | 26 | 551 | 3 | 10 | 27 | 464 | 2 | 16 | 24 | 1 | - | - | - | 26 | 13 | 21 | 35 |
| ID.... | 448 | 2 | 12 | 28 | 30 | 1 | 2 | 12 | 326 | 2 | 11 | 24 | 60 | 11 | 22 | 33 | 26 | 4 | 20 | 51 |
| MT.... | 602 | 2 | 12 | 29 | 146 | 2 | 3 | 23 | 278 | 2 | 9 | 29 | 153 | 7 | 16 | 32 | 25 | 12 | 20 | 50 |
| NV.... | 1,717 | 1 | 9 | 25 | 176 | 1 | 5 | 23 | 1,496 | 1 | 9 | 26 | 6 | - | - | - | 39 | 14 | 24 | 55 |
| OR.... | 1,760 | 2 | 8 | 21 | 198 | 1 | 5 | 18 | 1,482 | 2 | 8 | 19 | 8 | - | - | - | 72 | 11 | 21 | 37 |
| WA,E... | 413 | 2 | 9 | 19 | 57 | 1 | 7 | 17 | 338 | 2 | 9 | 19 | 2 | - | - | - | 16 | 13 | 17 | 23 |
| WA,W... | 2,224 | 1 | 5 | 27 | 153 | 1 | 4 | 15 | 2,012 | 2 | 9 | 17 | 12 | 5 | 11 | 17 | 47 | 3 | 16 | 24 |
| GUAM... | 75 | 1 | 2 | 18 | 34 | 1 | 2 | 10 | 39 | 1 | 2 | 17 | - | - | - | - | | | | |
| NMI.... | | | | | | | | | | | | | | | | | | | | |

U.S. DISTRICT COURTS

TIME INTERVALS FROM FILING TO DISPOSITION OF CIVIL CASES TERMINATED, BY DISTRICT AND METHOD OF DISPOSITION
(EXCLUDES LAND CONDEMNATION, PRISONER PETITIONS, AND DEPORTATION REVIEWS
INTERVALS SHOWN ARE FOR THE MEDIAN TIME AND FOR THE RANGE OF THE MIDDLE 80 PERCENT OF THE CASES.)
DURING THE TWELVE MONTH PERIOD ENDED SEP. 30, 1999

| CIRCUIT AND DISTRICT | TOTAL CASES | | | | NO COURT ACTION | | | | COURT ACTION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | BEFORE PRETRIAL | | | | DURING OR AFTER PRETRIAL | | | | TRIAL | | | |
| | NUMBER OF CASES | 10 PERCENT LESS THAN | MEDIAN | 10 PERCENT MORE THAN | NUMBER OF CASES | 10 PERCENT LESS THAN | MEDIAN | 10 PERCENT MORE THAN | NUMBER OF CASES | 10 PERCENT LESS THAN | MEDIAN | 10 PERCENT MORE THAN | NUMBER OF CASES | 10 PERCENT LESS THAN | MEDIAN | 10 PERCENT MORE THAN | NUMBER OF CASES | 10 PERCENT LESS THAN | MEDIAN | 10 PERCENT MORE THAN |
| RMI..... | 80 | 1 | 4 | 19 | 35 | 1 | 2 | 12 | 29 | 1 | 12 | 22 | 16 | 2 | 6 | 13 | - | - | - | - |
| 10TH.. | 9,398 | 2 | 8 | 24 | 1,036 | 1 | 5 | 15 | 6,172 | 2 | 8 | 24 | 1,696 | 4 | 11 | 25 | 394 | 7 | 17 | 42 |
| CO..... | 2,231 | 2 | 3 | 33 | 106 | 1 | 4 | 25 | 1,604 | 2 | 8 | 29 | 211 | 10 | 20 | 38 | 109 | 8 | 24 | 55 |
| KS..... | 1,420 | 2 | 8 | 23 | 156 | 2 | 8 | 19 | 805 | 2 | 8 | 22 | 208 | 9 | 16 | 29 | 51 | 9 | 18 | 41 |
| NM..... | 1,404 | 3 | 10 | 31 | 68 | 1 | 6 | 15 | 1,017 | 2 | 9 | 19 | 253 | 5 | 11 | 21 | 56 | 11 | 19 | 78 |
| OK,N.... | 979 | 2 | 9 | 20 | 81 | 1 | 3 | 9 | 823 | 2 | 9 | 20 | 23 | 7 | 12 | 23 | 42 | 14 | 15 | 22 |
| OK,E.... | 565 | 1 | 7 | 13 | 146 | 1 | 5 | 11 | 358 | 2 | 7 | 13 | 32 | 6 | 7 | 11 | 36 | 7 | 9 | 15 |
| OK,W.... | 1,489 | 1 | 6 | 16 | 209 | 1 | 5 | 15 | 646 | 1 | 4 | 15 | 883 | 2 | 8 | 16 | 53 | 4 | 12 | 25 |
| UT..... | 1,008 | 2 | 11 | 36 | 17 | 1 | 2 | 20 | 974 | 2 | 12 | 36 | 1 | - | - | - | 16 | 13 | 23 | 32 |
| WY..... | 302 | 3 | 8 | 18 | 56 | 2 | 4 | 17 | 68 | 2 | 5 | 18 | 173 | 5 | 9 | 16 | 25 | 8 | 14 | 69 |
| 11TH.. | 43,024 | 3 | 19 | 61 | 5,314 | 3 | 36 | 63 | 35,487 | 2 | 18 | 61 | 1,704 | 6 | 14 | 27 | 529 | 18 | 29 | 37 |
| AL,N.... | 23,159 | 12 | 37 | 66 | 3,957 | 10 | 19 | 68 | 18,962 | 12 | 17 | 66 | 158 | 11 | 13 | 34 | 82 | 3 | 22 | 39 |
| AL,M.... | 1,119 | 1 | 8 | 22 | 15 | 1 | 2 | 13 | 998 | 1 | 8 | 21 | 72 | 8 | 14 | 28 | 34 | 7 | 16 | 48 |
| AL,S.... | 1,152 | 1 | 8 | 27 | 99 | 1 | 6 | 14 | 1,020 | 1 | 8 | 28 | 5 | - | - | - | 28 | 12 | 17 | 29 |
| FL,N.... | 906 | 2 | 9 | 20 | 82 | 2 | 6 | 19 | 789 | -2 | 8 | 20 | 11 | 3 | 14 | 22 | 28 | 7 | 16 | 26 |
| FL,M.... | 4,911 | 2 | 9 | 22 | 433 | 2 | 7 | 19 | 4,214 | 2 | 9 | 22 | 142 | 11 | 16 | 26 | 122 | 12 | 20 | 34 |
| FL,S.... | 5,718 | 2 | 8 | 23 | 161 | 1 | 4 | 16 | 5,446 | 2 | 8 | 23 | 17 | 3 | 2 | 23 | 34 | 16 | 19 | 36 |
| GA,N.... | 3,520 | 2 | 8 | 24 | 335 | 1 | 4 | 9 | 1,837 | 2 | 8 | 21 | 1,258 | 6 | 14 | 26 | 90 | 8 | 23 | 37 |
| GA,M.... | 875 | 2 | 12 | 35 | 334 | 1 | 6 | 26 | 701 | 2 | 13 | 36 | 9 | - | - | - | 31 | 14 | 23 | 44 |
| GA,S.... | 1,664 | 1 | 3 | 40 | 215 | 1 | 7 | 18 | 1,496 | 1 | 2 | 52 | 27 | 3 | 12 | 17 | 23 | 6 | 14 | 26 |

* TIME INTERVAL COMPUTED ONLY WHERE THERE ARE 10 OR MORE CASES

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JAN 24 2000

---

In re:   MICROSOFT WINDOWS OPERATING
SYSTEM INDIRECT PURCHASER
ANTITRUST LITIGATION

MDL Docket No.1332

FILED
CLERK'S OFFICE

---

## PROOF OF SERVICE

Pursuant to Rule 5.2 of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, and the Federal Rules of Civil Procedure, I hereby certify that on this

21st day of January 2000, I caused true and correct copies of  "Response of The Rubbright Group

to Cross-Motion of Microsoft Corporation For Transfer and Coordination or Consolidation and

Joinder in Memorandum of Law Filed by Plaintiff Eric S. Lazarus" to be served by first class

mail upon all other parties in all actions involved in the litigation, as set forth in the

accompanying "Panel Attorney Service List" and the following list of counsel:


*David Bach, et al. v. Microsoft Corporation*
Elwood S. Simon
ELWOOD S. SIMON & ASSOCIATES, P.C.
355 South Old Woodward Avenue, Suite 250
Birmingham, MI 48009


Richard J. Lantinberg
COOPER RIDGE & BEALE
1200 SunTrust Bank Bldg.
200 West Forsyth Street
Jacksonville, FL 32202


Mark D. Bogen, P.A.
1761 West Hillsboro Blvd., Suite 328
Deerfield Beach, FL 33442

RECEIVED
CLERK'S OFFICE
2000 JAN 24  A 11: 05

*Brown, et al. v. Microsoft Corporation*
Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202


J. David Flowers
J. DAVID FLOWERS, P.A.
P.O. Box 10842
Greenville, SC 29603-0842


*Charles T. Clark, et al v. Microsoft Corporation*
Jerry D. Kizer
RAINEY, KIZER, BUTLER, REVIERE & BELL, P.L.C.
105 South Highland Avenue
Jackson, TN 38301


D. Scott Porch IV
105 South Highland Avenue
P.O. Box 1147
Jackson, TN 38302-1147


Daniel Hume
KIRBY MCINERNEY & SQUIRE, LLP
830 Third Avenue
New York, NY 10022


*Burke Cueny, et al. v. Microsoft Corporation*
Elwood S. Simon
ELWOOD S. SIMON & ASSOCIATES, P.C.
355 South Old Woodward Avenue, Suite 250
Birmingham, MI 48009


*D's Pet Supplies, Inc., et al v. Microsoft Corporation*
Patrick E. Cafferty
MILLER FAUCHER CAFFERTY AND WEXLER LLP
101 North Main Street, Suite 885
Ann Arbor, MI 48104

2

Don Barrett
BARRETT LAW OFFICE
404 Court Square North
P.O. Box 987
Lexington, MS 39095


William Bernstein
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 30th Floor
San Francisco, CA 94111


Sam Rosen
WECSHLER & HARROD
488 Madison Avenue
New York, NY 10022


Richard Talley, Esq.
145 E. Main Street
Dandridge, TN 37725


Joshua Rubin
ABBEY, GARDY & SQUITERI, LLP
212 East 39th Street
New York, NY 10016


Ben Gordon, Jr.
811 W. Garden Street
Pensacola, FL 32501


*Franklin L. Dejulius, et al. v. Microsoft Corporation*
David J. Frantz
CONLON, FRANTZ, PHELAN & PIRES, LLP
Suite 700, 1818 N Street N.W.
Washington, D.C. 20036


COCHRAN & COCHRAN
2872 Broxton Avenue
Shaker Heights, Ohio 44120


3

Daniel Cleavinger, Lawyer
P.O. Box 339
Tierra Amarilla, NM 87575

Nelson Roach
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, Texas 75638

Samuel R. Miller
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111

*Shelby Hartman, et al* v. *Microsoft Corporation*
James J. Thompson, Jr.
HARE, WYNN, NEWELL & NEWTON
290 21st Street North, Suite 800
Birmingham, AL 35203

*Linda Dameron Kloth, et al. v. Microsoft Corporation*
Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
Cincinnati, OH 45202

W.B. Markovits
MARKOVITS & GREIWE CO., L.P.A.
119 East Court St, Suite 500
Cincinatti, OH 45202

*Eric S. Lazarus, et al. v. Microsoft Corporation*
Alan M. Grunspan
KAUFMAN MILLER DICKSTEIN & GRUNSPAN, P.A.
First Union Financial Center, Suite 4650
200 South Biscayne Boulevard
Miami, FL 33131

4

*Harvey Melnick et al. v. Microsoft Corporation*
Robert E. Mittel
MITTEL, ASEN, HUNTER & CARY, LLC
P.O. Box 427
Portland, ME 04112


*Wayne Mims, et al* v. *Microsoft Corporation*
Andrew S. Friedman
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
4041 North Central Avenue, Suite 1100
Phoenix, AZ 85012-3311


*Steven Neilsen v. Microsoft Corporation*
George R. Serdar
MESSERLI & KRAMER
150 South Fifth Street, Suite 1800
Minneapolis, MN 55402


Ben Barrow
BARNOW & GOLDBERG, P.C.
One North LaSalle Street, Suite 2100
Chicago, Ill 60602


Daniel J. Petroski, Jr.
VAHLDIEK, CANO, GRAYSON, HOVENKAMP & PETROSKI
3850 One Houston Center
1221 McKinney
Houston, TX 77010


*Harold A. Phillips, et al. v. Microsoft Corporation*
Rudolph L. DiTrapano
DITRAPANO, BARRETT & DIPIERO, PLLC
604 Virginia Street East
Charleston, WV 25314


Johnathan Kord Lageman
300 East 42nd Street, l0th Fl.
New York, NY 10017


5

*Paul Rothstein, et al. v. Microsoft Corporation*
Ronald L. Futterman
FUTTERMAN & HOWARD, CHTD.
122 S. Michigan Ave.
Suite 1850
Chicago, IL 60603


Thomas D. Haklar
DOUGHERTY, HILRE, DUDEK & HAKLAR
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-5624


*Robert Weinke, et al. v. Microsoft Corporation*
John F. Maloney
MCNALLY, MALONEY & PETERSON, S.C.
2600 North Mayfair Road
Suite 1080
Milwaukee, WI 53226-1409


*Elizabeth A. Wilson, et al. v. Microsoft Corporation*
Roger N. Walter
MORRIS, LAING, EVANS, BROCK & KENNEDY, CHTD.
800 SW Jackson Street, Suite 914
Topeka, Kansas 66612-2214


       I further certify that on this 21st day of January, 2000, I caused true and correct copies of the foregoing "Response of The Rubbright Group to Cross-Motion of Microsoft Corporation For Transfer and Coordination or Consolidation and Joinder in Memorandum of Law Filed by Plaintiff Eric S. Lazarus" to be filed on the 24th day of January, 2000, with the clerk of each district court in which an action is pending that may be affected by Microsoft Corporation's cross-motion.

                             *Sheila Stender*
                             Sheila Stender

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST                January 14, 2000

DOCKET: 1,332 - In re Microsoft Corp. Windows Operating Systems Antitrust Litigation                Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
    Dist:
    Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Arshawsky, Joseph<br>Youngdahl & Sadin, P.C.<br>2929 Coors Boulevard NW<br>Suite 100<br>Albuquerque, NM 87120 | => Edwards, James* |
| Ball, Gordon<br>Law Office of Gordon Ball<br>Bank of America Center, Ste. 750<br>550 West Main Avenue<br>Knoxville, TN 37902 | => Davenport (dba D&D Staffing), Denise*; Davenport, Denise* |
| Barrett, George E.<br>Barrett, Johnston and Parsley<br>217 Second Avenue North<br>Nashville, TN 37201 | => Coggins, Roy*; Coggins, Sheila*; Overton, William*; Sherwood, Daniel* |
| Berry, R. Stephen<br>Berry & Leftwich<br>2000 K Street, N.W.<br>Washington, DC 20006 | => 403 West Loop 820 N; Gravity, Inc.* |
| Campbell, David Michael<br>Campbell & Associates<br>6100 S.W. 76th Street<br>2nd Floor<br>Miami, FL 33143 | => To The Rescue Comprehensive Computer Services |
| Chesley, Stanley M.<br>Waite, Schneider, Bayless & Chesley<br>Central Trust Tower<br>Fourth & Vine Streets<br>Suite 1513<br>Cincinnati, OH 45202 | => Brown, Leyton T.*; Heidlage, John K.*; Howard, Paul L.*; Infante, Thomas*;<br>Kloth, Linda Dameron*; Master, Steven*; McCaleb, Thomas*; McCaleb, Vicki*;<br>Reynolds, Ryan D.; Reynolds, Ryan*; Ruffin, Gale*; Woods, James* |
| Coston, William D.<br>Venable, Baetjer, Howard & Civiletti, L.L.P.<br>1201 New York Avenue, N.W.<br>Suite 1000<br>Washington, DC 20005 | => Compaq Computer Corp.* |
| Danis, David O.<br>Carey & Danis<br>8182 Maryland Avenue<br>Suite 1400<br>St. Louis, MO 63105 | => MSC Systems, Inc.*; Precision Billing Services, Inc.* |
| Enright, Michelle K.<br>Zelle, Hofmann, Voelbel & Gette, L.L.P.<br>33 South Sixth Street<br>City Center - Suite 4400<br>Minneapolis, MN 55402 | => Rubbright Group* |
| Flannery, Michael J.<br>Milberg, Weiss, Bershad, Hynes & Lerach<br>600 West Broadway<br>1800 One America Plaza<br>San Diego, CA 92101 | => Mims, Wayne* |
| Haklar, Thomas D.<br>Dougherty, Hildre, Dudek & Haklar<br>2550 Fifth Avenue | => Haklar, Peter*; Tyler, Clay* |

NOTE: Please refer to the title page for complete report scope and key.
    *    Signifies that an appearance was made on behalf of the party by the representing attorney.
    #    Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
    NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST
(1,332 Panel Attorney Service List Cont'd)

January 14, 2000

Page: 2

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Suite 600 San Diego, CA 92101 | |
| Hausfeld, Michael D. Cohen, Milstein, Hausfeld & Toll, PLLC 1100 New York Avenue, N.W. Suite 500 West Tower Washington, DC 20005 | => Deiter, Paul A.* |
| Hume, Daniel Kirby, McInerney & Squire, L.L.P. 830 Third Avenue 10th Floor New York, NY 10022 | => Bach, David*; Clark, Jr., Charles T.*; Cueny, Burke; Lazarus, Eric S.*; Melnick, Barbara*; Melnick, Harvey*; Phillips, Hazold A.*; Wilson, Elizabeth A.*; Zerner, John* |
| Johnson, Dennis J. Law Offices of Dennis J. Johnson 1690 Williston Road S. Burlington, VT 05403 | => Cheeseman, Sara*; Rodjenski, Ronald* |
| Kellogg, Michael K. Kellogg, Huber, Hansen, Todd & Evans 1301 "K" Street Suite 1000, West Washington, DC 20005 | => Dickson, Mark H. |
| Lovell, Christopher Lovell & Stewart, L.L.P. 500 Fifth Avenue New York, NY 10110 | => D's Pet Supplies, Inc.*; DeJulius, Franklin L.*; Pryor, Raymond*; Rothstein, Paul*; Seastrom Associates, Ltd.* |
| Malone, James R. Chimicles & Tikellis One Haverford Centre 361 West Lancaster Avenue Haverford, PA 19041 | => eLeaders, Inc.* |
| Meyers, Gregg P.O. Box 10842 Greenville, SC 29603 | => Campbell, Chris |
| Parks, Robert L. Haggard & Parks, P.A. 330 Alhambra Circle Coral Gables, FL 33134 | => Dalbenas, Stacie*; Diaz, Barbara*; Frow, Julia*; Hartman, Shelby* |
| Phalen, Ralph K. Humphrey, Farrington & McClain, P.C. 221 W. Lexington Ste. 400 P.O. Box 900 Independence, MO 64051 | => Neilsen, Steven* |
| Roden, Robert B. Shelby & Cartee, LLC 2956 Rhodes Circle Birmingham, AL 35205 | => Cox, Blaine*; Cunningham, Debra*; Ferrell, Eric*; Gonzalez, Rene*; Strickland, Elizabeth* |
| Simon, Leonard B. Milberg, Weiss, Bershad, Hynes & Lerach 600 West Broadway 1800 One America Plaza San Diego, CA 92101 | => Weinke, Robert* |
| Smith, Paul M. Jenner & Block 601 13th Street, N.W. 12th Floor Washington, DC 20005 | => Dell Computer Corp.* |

NOTE: Please refer to the title page for complete report scope and key.
   *   Signifies that an appearance was made on behalf of the party by the representing attorney.
   #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Smith, W. Stephen<br>Morrison & Foerster, L.L.P.<br>2000 Pennsylvania Avenue, N.W.<br>Suite 5500<br>Washington, DC 20006 | ⇒ Packard Bell NEC* |
| Steinmetz, William R.<br>Reinhart, Boerner, Van Deuren, Norris<br>1000 North Water Street<br>Milwaukee, WI 53202 | ⇒ O'Neill, Matthew* |
| Tulchin, David B.<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004 | ⇒ Microsoft Corp.* |
| Verras, Spiro J.<br>Smith, Jones & Fawer, LLP<br>201 St. Charles Avenue<br>Suite 3702<br>New Orleans, LA 70170 | ⇒ Quigley, Jay S.*; Redmann, John W.* |
| Vianale, Kenneth J.<br>Milberg, Weiss, Bershad, Hynes & Lerach<br>5355 Town Center Road<br>Suite 900<br>Boca Raton, FL 33486 | ⇒ Baptiste, Elvarado*; Plotkin, Adam* |

NOTE: Please refer to the title page for complete report scope and key.
    *    Signifies that an appearance was made on behalf of the party by the representing attorney.
    #    Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.